UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SISOIS GIANNAKOS and DEJAN
STEFANOV, on behalf of themselves and
others similarly situated,

          **Plaintiffs,**

    v.

INDEX NO. 14CV9189

WEST 44TH STREET RESTAURANT LLC,
d/b/a KELLARI TAVERNA and STAVROS
AKTIPIS,

          **Defendants.**
-------------------------------------------------------x

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF CONSENT TO SUE BY SPYROS RONTOS

    Plaintiffs' counsel hereby notifies the Court and all parties that opt-in Spyros Rontos is withdrawing his previously filed consent to join.

Dated: New York, New York
       April 29, 2015

                                   By: /s/ Denise A. Schulman
                                      Denise A. Schulman
                                      D. Maimon Kirschenbaum
                                      JOSEPH & KIRSCHENBAUM LLP
                                      233 Broadway, 5th Fl
                                      New York, NY 10279
                                      (212) 688-5640
                                      (212) 688-2548 (fax)